UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ABRAHAM BROWN,

                                                   JUDGMENT

                    Plaintiff,                    18 CV 1834 (PKC)(RML)

   v.

C. TECH COLLECTIONS, INC.,

                        Defendant.
----------------------------------------------------------------X

       An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 27, 2019, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated March 11, 2019, dismissing this action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); it is

            ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41(b), this action is dismissed for failure to prosecute.

Dated: Brooklyn, New York
          March 28, 2019

                                                            Douglas C. Palmer
                                                            Clerk of Court

                                           By:    */s/Jalitza Poveda*
                                                            Deputy Clerk